USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chad Sanders et al.,

                    Plaintiffs,

-against-

Dachnowicz Automotive, Inc. et al,

                    Defendants.

1:18-cv-10795 (ALC) (SDA)

ORDER SCHEDULING STATUS CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a status conference on Tuesday, February 11, 2020 at 2:00 p.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

DATED:    New York, New York
             January 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge