USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SANDERS et al,

                        Plaintiffs,

      -against-                      18-cv-10795 (ALC)

DACHNOWICZ AUTOMOTIVE et al,      ORDER OF DISCONTINUANCE

                        Defendant.
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: February 13, 2020

New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge